IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RAMZI YASSINE,<br><br>　　　　Defendant. | 8:21CR 212<br><br>INDICTMENT<br><br>18 U.S.C. § 2252(a)(2)<br>18 U.S.C. § 2252(a)(4)(B) & (b)(2) |

The Grand Jury charges that

## COUNT I

On or about March 5, 2017, in the District of Nebraska and elsewhere, RAMZI YASSINE, defendant herein, did knowingly receive, and attempt to receive, using any means and facility of interstate and foreign commerce, any visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT II

On or about October 4, 2018, in the District of Nebraska, defendant RAMZI YASSINE, did knowingly possess one or more matter which contained a visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct, including images of children under the age of 12 years old, which visual depiction had been mailed and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and was produced using materials which have been mailed

and shipped and transported using any means and facility of interstate and foreign commerce, by any means, including by computer.

In violation of Title 18, United States Code Section 2252(a)(4)(B) & (b)(2).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

DONALD J. KLEINE, #22669
Assistant U.S. Attorney