IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>RAMZI YASSINE,<br><br>　　　　　　Defendant. | 8:21CR212<br><br>NOTICE OF COMPLIANCE OF LOCAL<br>CRIMINAL RULE 16.1(a) |

　　Comes now the Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney and pursuant to Rule 16.1(a) of the Criminal Rules of the United States District Court for the District of Nebraska, hereby gives notice that discovery material has been provided to defendant in the above-captioned case.

　　DATED this 4th day of August, 2021.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　JAN W. SHARP
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney
　　　　　　　　　　　　　　　　　　　　District of Nebraska

　　　　　　　　　　　　　　　By:　　*s/ Donald J. Kleine*
　　　　　　　　　　　　　　　　　　　　DONALD J. KLEINE, #22669
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　1620 Dodge Street, Suite 1400
　　　　　　　　　　　　　　　　　　　　Omaha, NE　68102-1506
　　　　　　　　　　　　　　　　　　　　Tel:　(402) 661-3700
　　　　　　　　　　　　　　　　　　　　Fax:　(402) 661-3084
　　　　　　　　　　　　　　　　　　　　E-mail: donald.kleine@usdoj.gov


**CERTIFICATE OF SERVICE**

　　I hereby certify that on August 4, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: **Sean Conway**, Attorney at Law.

　　　　　　　　　　　　　　　　　　　　*s/ Donald J. Kleine*
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney