IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:21CR212 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION FOR PERMISSION** |
| | ) | **TO RESTRICT** |
| RAMZI YASSINE, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, Ramzi Yassine, by and through undersigned counsel, and requests permission from the Court to restrict Defendant's Motion to Trial and attached exhibits based on the information contained therein.

WHEREFORE, Defendant prays for the relief requested and for such other and further relief as the Court may deem just and equitable.

                        RAMZI YASSINE, Defendant,

                        By:   *s/Sean M. Conway*
                             SEAN M. CONWAY, #23490
                             Attorney for Defendant
                             Dornan, Troia, Howard, Breitkreutz
                             Conway & Dahlquist, PC LLO
                             1403 Farnam Street, Suite 232
                             Omaha, Nebraska 68102
                             (402) 884-7044 (phone)
                             (402) 884-7045 (fax)
                             sean@dltlawyers.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 1, 2022, I electronically filed the foregoing Motion with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

Donald J. Kleine, Assistant United States Attorney

                                          *s/Sean M. Conway*
                                          SEAN M. CONWAY, #23490
                                          Attorney for Defendant