FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2022 AUG 24  PM 2:18

OFFICE OF THE CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

*EN EL JUZGADO DE DISTRITO DE LOS ESTADOS UNIDOS*
*DEL DISTRITO DE NEBRASKA*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. _8:21 CR 212_ |
| *LOS ESTADOS UNIDOS DE AMÉRICA* | ) | *CAUSA NO.* _____ |
| Plaintiff, | ) | |
| *Demandante,* | ) | PETITION TO ENTER A |
| | ) | PLEA OF GUILTY |
| vs. | ) | *SOLICITUD PARA RECONOCER LA* |
| Ramzi Yassme | ) | *CULPABILIDAD* |
| Defendant | ) | |
| *Acusado* | ) | |

I, _____Ramzi Yassme_____, the defendant inform the judge that I
want to plead GUILTY to Count(s) _____I_____of the
(indictment or superseding indictment or information) and that the following answers are true:

*Yo, _____, el aquí acusado, le informo al juez que deseo
reconocer que soy CULPABLE del(de los) cargo(s)_____ del
_____ (acta de procesamiento, acta de procesamiento reemplazante o escrito de
procesamiento de la fiscalía), y que las siguientes respuestas son la verdad:*

A.   BACKGROUND QUESTIONS:
     *PREGUNTAS GENERALES:*

1.   How old are you? _____44_____
     *¿Cuántos años tiene?* _____

2.   How much education have you had? _Master's Degree (USC)_
     *¿Hasta qué año llegó en sus estudios?* _____

3.   Have you ever been under the care of a doctor or in a hospital or institution for drug
     or alcohol treatment or addiction?
     *¿Alguna vez ha recibido tratamiento médico o ha estado hospitalizado por drogadicción o
     alcoholismo?*
     Yes/*Sí* _____ No _X_
     If so, when and where? _____
     *De ser así, ¿cuándo y dónde?* _____

4.   Have you ever been under the care of a doctor or in a hospital for a mental or
     emotional condition?
     *¿Alguna vez ha recibido tratamiento médico o ha estado hospitalizado por algún trastorno
     mental o emocional?*

Yes/*Sí* X___  No_____

If so, when and where? __Dr. Mary Paine_____
*De ser así, ¿cuándo y dónde?* _____

5.   If an attorney is now representing you in this case:
     *Si tiene un abogado en este caso, indique:*

     a)   What is your attorney's name? __Sean M. Conway____
          *¿Cómo se llama su abogado?* _____

     b)   Have you had enough time to talk with your attorney ?
          *¿Ha tenido suficiente tiempo para hablar con su abogado?*
                                    Yes/*Sí* X___  No_____

     c)   Have you told your attorney everything about your case?
          *¿Le ha dicho a su abogado todo lo que usted sabe sobre su caso?*
                                    Yes/*Sí* X___  No_____

     d)   Are you satisfied with the job your attorney has done for you?
          *¿Está satisfecho con el trabajo que su abogado ha hecho por usted?*
                                    Yes/*Sí* X___  No_____

     e)   If you have any objections to the way the attorney has represented you,
          what are those objections?
          *¿Tiene alguna queja con respecto a la forma en que lo ha representado su*
          *abogado? Indique en qué consiste:*
          ____N.A._____
          _____
          _____
          _____

6.   Do you understand the charge(s) against you?
     *¿Entiende el cargo o los cargos que se han presentado en contra de usted?*
                                    Yes/*Sí* X___  No_____

B.   <u>CONSTITUTIONAL RIGHTS - WAIVERS</u>
     <u>*DERECHOS CONSTITUCIONALES - RENUNCIAS*</u>

     The questions in this section are designed to inform you of valuable constitutional rights
     you will give up by pleading guilty.
     *El objeto de las preguntas en esta sección es informarle de los derechos constitucionales a los que*
     *renuncia al reconocer su culpabilidad.*

*Revised: November 2016*

7.    Do you understand that you have a right to plead NOT GUILTY to every charge filed against you?
*¿Entiende que tiene derecho de rechazar los cargos que se han presentado en su contra?*

Yes/Sí __X__    No_____

8.    Do you understand that, if you plead NOT GUILTY, you have the following constitutional rights:
*¿Entiende que de rechazar los cargos, usted gozaría de los siguientes derechos constitucionales?*

    a)    the right to a speedy and public trial by jury
      *el derecho de que se celebre un juicio público y sin demora ante un jurado.*

Yes/Sí __X__    No_____

    b)    the right to an attorney at all stages of the proceedings, and, if you cannot afford to pay an attorney, one will be appointed to represent you
      *el derecho de contar con un abogado en todas las etapas del proceso y, si no tiene los medios para pagarle a un abogado, se le nombrará a uno de oficio para que lo asesore*

Yes/Sí __X__    No_____

    c)    the right to see and hear all witnesses called to testify against you and the right to cross-examine them
      *el derecho de ver y de escuchar a todos los testigos que se presenten a atestiguar en contra de usted y el derecho de contra interrogarlos*

Yes/Sí __X__    No_____

    d)    the right to use the court's subpoena power to compel the attendance of witnesses and the production of other evidence at trial
      *el derecho de que el juez emita citatorios judiciales para obligar a que se presenten testigos y otros medios probatorios en el juicio*

Yes/Sí __X__    No_____

    e)    the right to take the witness stand or not, as you choose,  and that you cannot be required to take the witness stand
      *el derecho de atestiguar o no, como usted desee, nadie lo puede obligar a atestiguar*

Yes/Sí __X__    No_____

    f)    the right not to testify and the jury cannot take this as evidence against you
      *el derecho de que si decide no atestiguar, el jurado no pueda tomar esto en su contra*

Yes/Sí __X__    No_____

*Revised: November 2016*

g)    the right to be presumed innocent until and unless the United States has proven you guilty of the offense beyond a reasonable doubt by the unanimous agreement of all 12 jurors.

*el derecho de que se le presuma inocente a menos que la fiscalía de los Estados Unidos logre demostrarles, más allá de una duda razonable, a todos y cada uno de los 12 miembros del jurado que usted es culpable del delito*

Yes/*Sí* _X_  No_____

9.    Do you understand that, if you plead GUILTY, you will be found guilty of the offense without a trial and you will have given up all of the above rights, except the right to an attorney?

*Si reconoce que es culpable, se le declará culpable sin ir a juicio y además renunciará a todos los derechos arriba mencionados con excepción de su derecho a tener abogado. ¿Entiende?*

Yes/*Sí* _X_  No_____

10.    Do you understand that, if you plead GUILTY to a felony offense, you will be convicted of a felony? A felony conviction may deprive you of valuable civil rights, such as the right to vote, to hold public office, to serve on a jury, and to possess any kind of firearm.

*Si reconoce que es culpable de haber cometido un delito grave, lo condenarán, y dicha condena podría privarlo de valiosos derechos civiles tales como el derecho de votar, el derecho de ocupar cargos públicos, y el de formar parte de un jurado o de poseer todo tipo de armas. ¿Entiende?*

Yes/*Sí* _X_  No_____

11.    Do you understand that if you are not a United States citizen, that under immigration law, your guilty plea will be considered by immigration officials in determining whether you are deported, that is, removed from the United States?

*Según la ley de inmigración, si usted no es ciudadano de los Estados Unidos y reconoce que es culpable, los agentes de inmigración tomarán esto en cuenta para decidir si lo van a deportar o a expulsar de los Estados Unidos. ¿Entiende?*

Yes/*Sí* _X_  No_____

12.    Do you understand that in nearly all cases involving drug trafficking and in most federal felony cases, if you are not a U.S. citizen your guilty plea will result in your permanent removal from the United States?

*En casi todos los casos por narcotráfico y en la mayoría de los casos por delitos graves a nivel federal, si usted no es ciudadano de los EE.UU., lo podrían expulsar indefinidamente de los Estados Unidos como consecuencia de reconocer su culpabilidad. ¿Entiende?*

Yes/*Sí* _X_  No_____

C.    **SENTENCING - GENERAL**
*IMPOSICIÓN DE LA PENA - GENERALIDADES*

The questions in this section are designed to assure the judge that you understand aspects of the sentencing process.

*El objeto de las preguntas en esta sección es confirmarle al juez que usted entiende ciertos aspectos del proceso de imposición de la pena.*

Answer question 13 only if you are pleading guilty pursuant to an 11(c)(1)(C) agreement. Otherwise, move on to question 14.

*Conteste la pregunta 13 solamente si está reconociendo que es culpable con base en un acuerdo según la norma 11(c)(1)(C). De no ser así, pase a la pregunta 14.*

13.    Do you understand that the judge may accept or reject your plea agreement? If the judge rejects your plea agreement, you may withdraw your guilty plea. If the judge accepts your plea agreement, the judge must follow its terms. That is, the judge must impose any specific sentence or apply the sentencing range, specific sentencing guidelines provisions, policy statements, or sentencing factors agreed upon by you and the government in the plea agreement. Your sentence will follow the terms of the agreement, which may be the same, greater or lesser than the sentence you would have received had you pleaded not guilty and had been convicted by a jury.

*El juez podría tanto aceptar como rechazar su acuerdo de reconocimiento de culpabilidad, si lo rechaza, a usted se le permitiría retractarse del reconocimiento de culpabilidad. Si el juez acepta su acuerdo, entonces él respetará las condiciones ahí establecidas. Es decir, que tendrá que imponerle la pena y emitir el fallo de conformidad con lo que usted y la fiscalía hayan acordado por escrito en cuanto a cuál será el rango de las pautas aplicable a su caso, la normativa específica de las pautas que se le aplicará y las demás políticas y factores para la imposición de la pena. La pena que se le imponga de conformidad con los términos de su acuerdo podría ser igual, mayor o menor que la que habría recibido si usted hubiera rechazado los cargos y un jurado lo hubiera condenado en un juicio.*

Yes/Sí _____  No_____

If you answered question 13, skip question 14 and proceed to question 15.

*Si respondió la pregunta 13, no responda la 14, y pase directamente a la 15.*

14.    Do you realize that:

*¿Se da cuenta de que:*

a)    if you plead GUILTY, the judge may impose the same punishment as if you had pleaded NOT GUILTY and had been convicted by a jury?

*si reconoce que es culpable, el juez podría imponerle una sanción igual a la que le habría impuesto si usted hubiera rechazado los cargos y un jurado lo hubiera condenado?*

Yes/Sí X  No_____

b)    the sentence you will receive is solely a matter for the judge to decide?

*el juez es el único que decidirá su pena?*

*Revised: November 2016*

Yes/Sí <u>X</u>    No<u>_____</u>

c)      there is no guarantee your sentence will be within any particular sentencing guideline range?

*no hay ninguna garantía de que le vayan a imponer una pena específica dentro de un determinado rango de las pautas?*

Yes/Sí <u>X</u>    No<u>_____</u>

15.    What are the mandatory minimum and maximum punishments required by law for the offense or offenses to which you are pleading guilty?

*¿Cuáles son las sanciones mínimas y máximas por ley para el delito o delitos de los que reconoce ser culpable?*

| Count *Cargo* | Imprisonment *Prisión* | | Fine *Multa* | | Supervised Release *Supervisión poscarcelaria* | | Special Assessment *Gravamen especial* |
|---|---|---|---|---|---|---|---|
| | min | max | min | max | min | max | |
| I | 5 yr. | 20 yr. | | $250,000 | 5 yr. | life | $100 / $5,000 -SVTA $35,000 - AVAA R SU |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

16.    Do you understand that probation is generally not available if there is a mandatory minimum penalty?

*En general, cuando la ley establece una pena mínima obligatoria, no es posible imponer una pena de condena condicional. ¿Entiende?*

Yes/Sí <u>X</u>    No<u>_____</u>

17.    Will you be forfeiting any property to the United States as a result of your guilty plea?

*¿La fiscalía de los Estados Unidos le decomisará algún bien a usted como resultado de su reconocimiento de culpabilidad?*

Yes/Sí <u>_____</u>    No <u>X</u>

18.    Do you realize that, if you plead GUILTY, the judge may require you to make restitution to any victim of the offense?

*¿Se da cuenta de que si usted reconoce ser culpable el juez podría exigirle que le(s) pague indemnización a la(s) víctima(s) del delito?*

Yes/Sí <u>X</u>    No<u>_____</u>

19.    Do you understand  that, if you are convicted of any offense consisting of possession  or distribution of controlled substances, you may be ineligible for

any and all federal benefits?

*Si lo condenan de un delito de posesión o distribución de substancias reguladas, podría ser que pierda el derecho de recibir todo tipo de prestaciones o asistencia por parte del gobierno federal. ¿Entiende?*

Yes/Sí __X__   No_____

20. Do you realize that the judge must require you to pay on each count to which you are convicted a special assessment as follows: each felony count $100; each misdemeanor count $5 to $25?

*¿Se da cuenta de que el juez podría exigirle pagar un gravamen especial por cada cargo del que lo condenen de la siguiente forma: $100 por cada delito grave, y de $5 a $25 por cada delito menos grave?*

Yes/Sí __X__   No_____

21. If you are on probation, parole, or supervised release from any court, do you know that by pleading GUILTY here your probation, parole, or supervised release may be revoked and you may be required to serve time in that case in addition to any sentence imposed upon you in this case?

*Si en este momento está cumpliendo alguna pena de condena condicional, libertad anticipada o supervisión poscarcelaria que se le haya impuesto en otra jurisdicción, ¿se da cuenta que debido a su reconocimiento de culpabilidad en este caso, le podrían revocar esa condena condicional, libertad anticipada o supervisión poscarcelaria? Y, de ser así, ¿se da cuenta de que a la pena que reciba en este caso se le sumaría más tiempo en prisión a causa de dicha revocación?*

Yes/Sí __X__   No_____

22. The presentence report is instrumental in determining appropriate sentencing decisions, risk classification in the Bureau of Prisons, and identifying strategies that will provide you with the greatest opportunity for success. Full participation in the presentence process, including an interview, is your opportunity to provide a detailed account of your background and any other factors that could have an impact on your success. The U.S. Probation Office believes your failure to fully participate in the presentence investigation may limit sentencing options, programming availability, and other aspects of supervision. Have you discussed this with your attorney?

*El informe precondenatorio es esencial para decidir la pena adecuada, la clasificación correspondiente en la Dirección de Penitenciarías y para identificar las estrategias que le brinden una mayor posibilidad de cumplir con éxito la pena. Si usted participa de lleno en este proceso precondenatorio y en la entrevista, podrá proporcionar datos personales detallados y cualquier otra información útil para tener éxito. La oficina de condena condicional considera de si usted no participa en la investigación precondenatoria, las alternativas disponibles para la pena, los programas que pueda haber a su disposición y otros aspectos de la supervisión serán más limitados. ¿Ha hablado usted de esto con su abogado?*

Yes/*Sí* _X_    No _____

D.    ADVISORY SENTENCING GUIDELINES
      *PAUTAS DE IMPOSICIÓN DE LA PENA - DE VALOR CONSULTIVO*

You will be sentenced by the judge after consideration of the advisory federal sentencing guidelines and other important pertinent factors. It is important that you understand certain consequences of these guidelines.
*El juez le impondrá la pena después de tomar en cuenta las pautas federales para la imposición de la pena, que tienen valor consultivo, así como otros factores pertinentes. Es importante que usted entienda algunas de las consecuencias de las pautas.*

23.   Have you spoken in detail with your attorney about the advisory sentencing guidelines?
      *¿Usted y su abogado han hablado en detalle acerca de las pautas de imposición de la pena?*
      Yes/*Sí* _X_    No _____

24.   Have you thoroughly discussed with your attorney the sentencing table and the concepts of "offense level" and "criminal history"?
      *¿Su abogado le ha explicado bien la tabla de imposición de la pena y los conceptos "nivel del delito" y "antecedentes penales"?*
      Yes/*Sí* _X_    No _____

25.   Do you understand that there are numerous factors that may increase your sentence under the advisory sentencing guidelines?
      *¿Entiende que, según las pautas de imposición de la pena, hay varios factores que podrían contribuir a aumentar su pena?*
      Yes/*Sí* _X_    No _____

26.   Do you understand that the judge is required to take into account all conduct, circumstances, and injuries associated with your criminal conduct, whether or not this conduct is charged by the government in the crime to which you are pleading guilty? Thus, under the advisory sentencing guidelines, the judge will consider all relevant conduct at the time of sentencing, even if you are pleading guilty to less than all counts in the indictment.
      *Al analizar el delito del que usted reconocerá su culpabilidad, el juez tendrá que tomar en cuenta todos los actos, circunstancias y los daños o lesiones que se le puedan atribuir a usted, ya sea que lo hayan también acusado de éstos o no. Por lo tanto, según las pautas de imposición de la pena, el juez deberá tomar en cuenta todos los actos pertinentes al imponerle la pena aunque usted no se haya reconocido ser culpable de todos los cargos que constan en el acta de procesamiento. ¿Entiende?*
      Yes/*Sí* _X_    No _____

*Revised: November 2016*

27.    Do you understand that parole has been abolished in the federal system? Thus, if you are sentenced to a term of imprisonment, you will serve that term, less no more than 54 days per year you earn for good conduct.  There is no good conduct time awarded on sentences of less than one year and one day.

*En el sistema federal se ha abolido la libertad anticipada, por lo tanto, si a lo mandan a la prisión, tendrá que pasar todo ese tiempo en prisión.  Lo único que le podrán restar son 54 días al año por buena conducta, pero sólo si se merece esa reducción.  En el caso de penas menores a un año y un día, no hay reducción por buena conducta. ¿Entiende?*

Yes/Sí __X__   No_____

28.    Do you understand that, if you are sentenced to a term of imprisonment, the judge will typically impose a period of supervised release to follow your release from imprisonment?

*Si se le impone una pena de prisión, el juez normalmente le impondrá también un período de supervisión poscarcelaria que tendrá que cumplir después de salir de la prisión. ¿Entiende?*

Yes/Sí __X__   No_____

29.    Do you understand that during any period of supervised release your activities will be limited by conditions set by the judge and that violation of any of those conditions may result in the judge's revoking the term of supervised release, requiring you to serve in prison all or part of the term of supervised release without credit for time previously served on post-release supervision, and imposing another term of supervised  release?

*Durante el período de supervisión poscarcelaria el juez establecerá ciertas condiciones que limitarán el tipo de actividades que usted podrá llevar a cabo. De incumplir con alguna de esas condiciones, le podrán revocar la supervisión poscarcelaria y mandarlo de regreso a la prisión por el tiempo total que habría estado en supervisión, o por parte de ese tiempo, sin reconocerle a su favor el tiempo que ya llevaba bajo supervisión poscarcelaria y además, le podrían imponer un nuevo plazo de supervisión poscarcelaria. ¿Entiende?*

Yes/Sí __X__   No_____

E.    <u>VOLUNTARY NATURE OF PLEA</u>
<u>*NATURALEZA VOLUNTARIA DEL RECONOCIMIENTO*</u>

30.    Are your plea of GUILTY and the waivers of your rights made voluntarily and completely of your own choice, free of any force or threats from anyone?

*¿Usted ha decidido reconocer que es culpable y renunciar a sus derechos de forma libre y voluntaria, sin que nadie lo haya amenazado ni obligado por la fuerza?*

Yes/Sí __X__   No_____

31.    a)    Has any plea agreement been made by you with anyone which causes you to plead GUILTY?

*¿Está reconociendo que es culpable como parte de algún acuerdo de reconocimiento de culpabilidad?*

Yes/Sí __X__    No_____

b)    Are all the terms of the plea agreement included in the written agreement? *¿El acuerdo por escrito incluye todos los términos de su acuerdo de reconocimiento de culpabilidad?*

Yes/Sí __X__    No_____

c)    Do you understand that the judge may reject the agreement, if the judge finds that the plea agreement is not in the interest of justice?
*El juez podría rechazar el acuerdo si decidiera que no se ajusta a la buena administración de justicia. ¿Entiende?*

Yes/Sí __X__    No_____

32.    Has anyone made any promise that causes you to plead GUILTY, aside from the promises, made in your plea agreement?
*¿Aparte de las promesas que contiene su acuerdo de reconocimiento de culpabilidad, alguien más le ha prometido algo más para obligarlo a reconocer que es culpable?*

Yes/Sí _____    No_X_

33.    Has any officer, attorney, or agent of any branch of the government (federal, state, or local) promised, suggested, or predicted that you will receive a lighter sentence, or probation, or any other form of leniency if you plead GUILTY?
*¿Algún abogado, agente o funcionario del gobierno (federal, estatal o local) le ha insinuado, prometido o asegurado que el juez le impondrá una pena más leve o una pena de condena condicional si reconoce que es culpable?*

Yes/Sí _____    No_X_

34.    Has the judge suggested what your actual sentence will be?
*¿El juez le ha dicho con exactitud cuál será la pena que le impondrá?*

Yes/Sí _____    No_X_

35.    Are you under the influence of any kind of alcohol, medicine, or drug that is, in the least way, interfering with your ability to think clearly and understand exactly what you are doing in answering these questions?
*¿Está bajo los efectos de alguna bebida alcohólica, medicamento o estupefaciente que le impida pensar con claridad y entender bien lo que está haciendo al responder a estas preguntas?*

Yes/Sí _____    No _X_

36.    Are you pleading GUILTY for any reason other than the fact that you are guilty?
*¿Aparte del hecho de que usted es culpable, existe alguna otra razón para que esté*

*reconociendo su culpabilidad?*

Yes/*Sí* _____    No __X__

37.    Is there any other information or advice that you want before you enter a plea?
       *¿Necesita más información o consultar algo más antes de reconocer que es culpable?*

Yes/*Sí* _____    No __X__

F.    CONCLUSION / FACTUAL BASIS
      *CONCLUSIÓN / BASES FÁCTICAS*

38.    Has your attorney gone over all of these questions and your answers to them?
       *¿Su abogado revisó con usted todas estas preguntas y las respuestas que usted dio?*

Yes/*Sí* __X__    No _____

39.    Do you understand all of these questions?
       *¿Entiende bien todas las preguntas?*

Yes/*Sí* __X__    No _____

If not, which questions don't you understand?
*De no ser así, ¿cuál(es) no entendió?*

_____
_____
_____

40.    Are you GUILTY?
       *¿Es usted culpable?*

Yes/*Sí* __X__    No _____

41.    What acts did you do that cause you to think you are guilty of the charge(s) to which you want to plead GUILTY?
       *¿Qué fue lo que hizo que le hace pensar que es culpable del (los) cargo(s) del (los) que quiere reconocer que es culpable?*

_____ Receipt of child pornography. _____
_____
_____
_____
_____

42.    **Limited English proficient defendants must answer the following question:**
       This petition and the other documents referred to in the petition including any written plea agreement were read to me in Spanish by an interpreter.   The interpreter also interpreted all questions and answers between me and my attorney

in completing the above documents. I understood the interpretation of the above documents and of the questions and answers between me and my attorney. Is this true?

*Los acusados que no dominan el inglés deben contestar la siguiente pregunta: Un intérprete me leyó en español esta solicitud y los demás documentos que aquí se mencionan, incluyendo el acuerdo de reconocimiento de culpabilidad. El intérprete también interpretó todas las preguntas y respuestas entre mi abogado y yo al llenar estos documentos. Entendí bien la interpretación de estos documentos y las preguntas y respuestas entre mi abogado y yo. ¿Cierto?*

Yes/*Sí* ____    No_____    N.A

Signed in the presence of my attorney this __16^{th}__ day of __August__, __2022__.
*Firmado ante mi abogado el día _____ de _____ de _____*

_____
Defendant
*Acusado*

## CERTIFICATE OF DEFENSE ATTORNEY
*CERTIFICACIÓN DEL ABOGADO DEFENSOR*

I, as attorney for the defendant, hereby certify that:
*Yo, abogado defensor del acusado, por este medio certifico que:*

1.  I have read and fully explained to the defendant the allegations contained in the indictment or information in this case.
    *Le leí y le expliqué bien al acusado lo que se le imputa en este caso en el acta de procesamiento o en el escrito de procesamiento de la fiscalía.*

2.  The plea of guilty offered by the defendant to count(s) _____**I**_____ accords with my understanding of the facts the defendant has related to me, is consistent with my advice to the defendant, and in my opinion is voluntarily and understandingly made.
    *El reconocimiento de culpabilidad del (los) cargo(s) _____ que presenta el acusado coincide con lo que él me ha narrado acerca de los hechos, así como con los consejos que le he dado al acusado y, en mi opinión, lo ofrece voluntariamente y entendiendo bien lo que hace.*

3.  I assure the court that I have advised the defendant about the sentencing procedures under the advisory sentencing guidelines and 18 U.S.C. Section 3553(a) and have explained to the defendant the potential consequences of a plea of guilty in light of the matters set out in section D of this petition.
    *Le garantizo al juez que le expliqué al acusado el proceso de imposición de la pena que establecen las pautas de imposición de la pena y el artículo 3553 (a) del título 18 U.S.C., así como las posibles consecuencias de su reconocimiento de culpabilidad a la luz de lo que se indica en la sección D de esta solicitud.*

Signed by me in the presence of the defendant and after full discussion of the contents of this petition to enter a plea of guilty, this _16th_ day of _August_, _2022_.
*Firmo en presencia del acusado después de haber discutido juntos el contenido de esta solicitud de reconocimiento de culpabilidad, el día_____ de _____ de_____.*

_____
Attorney for the Defendant
*Abogado defensor*

*Revised: November 2016*

13

## CERTIFICATE OF PROSECUTING ATTORNEY
*CERTIFICACIÓN DEL FISCAL*

I, as attorney for the government, hereby certify that:
*Yo, como representante de la fiscalía, por este medio certifico que:*

I have reviewed this petition to enter a plea of guilty and in my judgment, acceptance of the defendant's plea(s) of guilty to the charge(s) in question will not undermine the statutory purposes of sentencing.
*He revisado esta solicitud de reconocimiento de culpabilidad y, a mi parecer, el aceptar el reconocimiento de culpabilidad de este(os) cargo(s) que rinde acusado, no menoscaba los fines legales de la imposición de la pena.*

Signed by me this __24__ day of __August__, __2022__
*Firmo el día _____ de _____ de_____.*

_____
Attorney for the Government
*Fiscal*

*Revised: November 2016*

14