IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>RAMZI YASSINE,<br><br>                Defendant. | 8:21CR212<br><br>STATEMENT OF PLAINTIFF PURSUANT TO NECrimR. 32.1(b) REGARDING SENTENCING PROCEDURES AND ADOPTION OF THE REVISED PRESENTENCE INVESTIGATION REPORT |

    COMES NOW Plaintiff, the United States of America, by and through the undersigned Assistant United States Attorney, and hereby provides this written statement in accordance with NECrimR. 32.1(b), regarding Sentencing Procedures.

    Plaintiff hereby adopts the Revised Presentence Investigation Report. Plaintiff anticipates offering no additional evidence at sentencing, other than to rebut or address issues raised by Defendant.

                                                         Respectfully Submitted,

                                                         UNITED STATES OF AMERICA,

                                                         STEVEN A. RUSSELL<br>                                                         Acting United States Attorney<br>                                                          District of Nebraska

                          By:    s/ Donald J. Kleine<br>                                        DONALD J. KLEINE, #22669<br>                                        Assistant U.S. Attorney<br>                                        1620 Dodge Street, Suite 1400<br>                                        Omaha, NE 68102-1506<br>                                        Tel: (402) 661-3700<br>                                        Fax: (402) 661-3084<br>                                        E-mail: donald.kleine@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants. I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants:

> Jim Harms
> U.S. Probation

> s/ Donald J. Kleine
> Assistant U.S. Attorney