IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                  Plaintiff,

     vs.

RAMZI YASSINE,

                  Defendant.

8:21CR212

MOTION TO RESTRICT

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and moves this Court to restrict the Government's Memorandum Regarding Sentencing. The Sentencing Memorandum discusses the Presentence Investigation Report in detail and other sentencing considerations that are not public.

UNITED STATES OF AMERICA,
Plaintiff

STEVEN E. RUSSELL
Acting United States Attorney
District of Nebraska

By:    *s/ Donald J. Kleine*
     DONALD J. KLEINE, #22669
     Assistant U.S. Attorney
     1620 Dodge Street, Suite 1400
     Omaha, NE  68102-1506
     Tel:  (402) 661-3700
     E-mail: donald.kleine@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants. I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants: None.

*s/ Donald J. Kleine*
Assistant U.S. Attorney