IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:21-CR-0212 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION FOR DOWNWARD** |
| | ) | **VARIANCE** |
| RAMZI YASSINE, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, by and through undersigned counsel, and moves the Court to grant a downward variance from the advisory guideline sentencing range based on the following:

1. The history and characteristics of the Defendant and the nature and circumstances of the offense, as set forth in 18 U.S.C. §3553(a);

2. Objection and policy disagreement with USSG § 2G2.2 enhancements.

WHEREFORE, Defendant prays for the relief requested.

    RAMZI YASSINE, Defendant,

By:   s/Sean M. Conway
       SEAN M. CONWAY
       Attorney for Defendant
       Dornan, Troia, Howard,
       Breitkreutz & Conway, PC LLO
       1403 Farnam Street, Suite 232
       Omaha, Nebraska 68102
       (402) 884-7044 (phone)
       (402) 884-7045 (fax)
       sean@dltlawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2022, I electronically filed the foregoing Motion for Downward Departure and Variance with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

Don Kleine, Assistant United States Attorney

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

N/A

s/Sean M. Conway
SEAN M. CONWAY, #23490
Attorney for Defendant