IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:21CR-0212 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION FOR PERMISSION** |
| | ) | **TO RESTRICT** |
| | ) | |
| RAMZI YASSINE, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, Ramzi Yassine, by and through undersigned counsel, and requests permission from the Court to restrict the Exhibit List for Sentencing on account of the information set forth therein.

WHEREFORE, Defendant prays for the relief requested and for such other and further relief as the Court may deem just and equitable.

          RAMZI YASSINE, Defendant,

    By: <u>s/Sean M. Conway</u>
       SEAN M. CONWAY, #23490
       Attorney for Defendant
       Dornan, Troia, Howard,
       Breitkreutz & Conway, PC LLO
       1403 Farnam Street, Suite 232
       Omaha, Nebraska 68102
       (402) 884-7044 (phone)
       (402) 884-7045 (fax)
       sean@dltlawyers.com

## CERTIFICATE OF SERVICE

      I hereby certify that on November 18, 2022, I electronically filed the foregoing Motion to Restrict with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

    Don Kleine, Assistant United States Attorney

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

N/A

                                          s/Sean M. Conway
                                          SEAN M. CONWAY, #23490
                                          Attorney for Defendant